NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACE MONICO and ROMY D. MONICO,<br><br>  Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, F.A.; GLOBAL EQUITY LENDING; CALIFORNIA RECONVEYANCE CORPORATION; DOES 1-50, inclusive,<br><br>  Defendants.<br>_____/ | No. C10-00122 HRL<br><br>**ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than January 29, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. See CIV. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated: January 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:10-cv-00122-HRL Notice has been electronically mailed to:

Patrick A Cathcart pcathcart@adorno.com, lhernandez@adorno.com

Theodore Emery Bacon tbacon@adorno.com, jevans@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:10-cv-00122-HRL Notice mailed to:

Grace A Monico
3582 Nantes Court
San Jose, CA 95148

Romy D Monico
3582 Nantes Court
San Jose, CA 95148