**\*E-FILED 01-20-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACE MONICO and ROMY D. MONICO, | No. C10-00122 HRL |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WASHINGTON MUTUAL BANK, F.A.; GLOBAL EQUITY LENDING; CALIFORNIA RECONVEYANCE CORPORATION; DOES 1-50, inclusive, | |
| Defendants. | |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than January 29, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. See Civ. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   January 20, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00122-HRL Notice has been electronically mailed to:

2  Patrick A Cathcart pcathcart@adorno.com, lhernandez@adorno.com

3  Theodore Emery Bacon tbacon@adorno.com, jevans@adorno.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6  5:10-cv-00122-HRL Notice mailed to:

7  Grace A Monico
3582 Nantes Court
8  San Jose, CA 95148

9  Romy D Monico
3582 Nantes Court
10 San Jose, CA 95148