

4/16/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE A. MONICO, an individual; ROMY D. MONICO, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, F.A., a Business Entity, form unknown;<br>GLOBAL EQUITY LENDING, a California Corporation, form unknown;<br>CALIFORNIA RECONVEYANCE CORPORATION, a California Corporation, form unknown; and<br>DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | CASE NO.: 5:10-cv-00122-JW<br><br>Assigned:  Hon. James Ware<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 19, 2010 HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>**DATE:**　　　April 19, 2010<br>**TIME:**　　　9:00 a.m.<br>**COURTROOM:**　8<br><br>**Action Filed:** September 9, 2009<br>**Removed:**　　January 11, 2010<br>[from Santa Clara County Superior Court] |

///

///

///

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

**IT IS HEREBY ORDERED** that:

Patricio A. Marquez, counsel for Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, and California Reconveyance Company (collectively, "Defendants"), is permitted to appear telephonically at:

1. The hearing on Defendants' Motion to Dismiss, which is scheduled for April 19, 2010 at 9:00 a.m. in Courtroom 8 of the above-entitled Court, 280 S. First Street, San Jose, California 95113, the Honorable James Ware, presiding:

Counsel shall contact CourtCall to set up the telephonic appearance.

DATED: April 16, 2010

_____
Hon. James Ware
Judge, United States District Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**
*Monico v. Washington Mutual, et al.*
Case No. 5:10-cv-00122-JW

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 633 W. Fifth Street, Suite 1100, Los Angeles, CA 90071**.

On April 7, 2010, I served the foregoing document described as **[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 19, 2010 HEARING ON DEFENDANTS' MOTION TO DISMISS** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 7, 2010, at Los Angeles, California.

/s/ Patricio A. Marquez
PATRICIO A. MARQUEZ

**SERVICE LIST**
*Monico v. Washington Mutual, et al.*
Case No. 5:10-cv-00122-JW

| | |
|---|---|
| Grace A. Monico<br>Romy D. Monico<br>3582 Nantes Court<br>San Jose, CA  95148 | Plaintiffs *in pro per*<br>(408) 930-8047 |