IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Grace A. Monico, et al., | NO. C 10-00122 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Washington Mutual Bank, F.A., et al., | |
| Defendants. | |

Pursuant to the Court's May 7, 2010 Order Granting Defendants' Motion to Dismiss with Prejudice, judgment is entered in favor of Defendants J.P. Morgan Chase Bank, N.A. and California Reconveyance Company, against Plaintiffs Grace A. Monico and Romy D. Monico as to the following federal claims: (1) Fifth Cause of Action for violation of Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601, *et seq.*; and (2) Sixth Cause of Action for violation of Real Estate Procedures Settlement Act ("RESPA"), 12 U.S.C. §§ 2601, *et seq.*

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: May 7, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Patricio Antonio Marquez pmarquez@adorno.com
Patrick A Cathcart pcathcart@adorno.com
Theodore Emery Bacon tbacon@adorno.com

Grace A Monico
3582 Nantes Court
San Jose, CA 95148

Romy D Monico
3582 Nantes Court
San Jose, CA 95148

**Dated:  May 7, 2010**                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
            Elizabeth Garcia
            Courtroom Deputy**